# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SUSAN BRUCHHAUSER and
CHARLES LIVERMORE,
        Plaintiffs,

  v.                                        Case No. 17-C-860

CLIENT SERVICES INC.,
        Defendant.

## ORDER

Plaintiffs Susan Bruchhauser and Charles Livermore bring this putative class action alleging that defendant Client Services Inc. sent them and others deceptive or misleading debt collection letters in violation of the Fair Debt Collection Practices Act (FDCPA). On November 28, 2017, defendant served on Livermore an offer to allow judgment in the amount of $1,001.00, plus all costs, including reasonable attorneys' fees, that had accrued to him as of that date. *See* Fed. R. Civ. P. 68(a). Livermore timely served written notice accepting defendant's offer. *See id.* He then filed defendant's offer, his notice of acceptance, and proof of service with the court. *See id.*

Livermore asks that I enter a judgment in his favor based on the terms of defendant's offer. "[W]hen multiple parties are involved [in an action], the court may direct entry of a final judgment as to one or more, but fewer than all, . . . parties only if the court expressly determines that there is no just reason for delay." Fed. R. Civ. P. 54(b). A Rule 54(b) judgment "is proper" where, as here, "it resolves . . . all disputes with one party." *Cont'l Cas. Co. v. Anderson Excavating & Wrecking Co.*, 189 F.3d 512, 516 (7th Cir. 1999). Moreover, the main reason not to enter a Rule 54(b) judgment—it

"permits piecemeal appeal, which is disfavored in the federal system," *id.* at 518—hardly applies where, as here, the parties affected by the judgment agreed to its terms.

**THEREFORE, IT IS ORDERED** that plaintiff Charles Livermore's request for entry of a judgment (Docket No. 17) is **GRANTED**. The Clerk of Court shall enter judgment in Livermore's favor in the amount of one thousand and one dollars and zero cents ($1,001.00), plus all costs that had accrued to Livermore, including reasonable attorneys' fees, as of November 28, 2017.

Dated at Milwaukee, Wisconsin, this 20th day of December, 2017.

/s Lynn Adelman
LYNN ADELMAN
District Judge