AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

SUSAN BRUCHHAUSER and
CHARLES LIVERMORE,
      Plaintiffs

      v.                                  CASE NUMBER: 17-C-860

CLIENT SERVICES INC.,
      Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that judgment is entered for Livermore in the amount of one thousand and one dollars and zero cents ($1,001.00), plus all costs that had accrued to him, including reasonable attorneys' fees, as of November 28, 2017.

Approved this 20th day of December, 2017.

/s Lynn Adelman
LYNN ADELMAN
U.S. District Judge

December 20, 2017                                      Stephen C. Dries
Date                                                                Clerk

                                                                            /s G. Colletti
                                                                            (By) Deputy Clerk